USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff, :    09 Civ. 8763 (BSJ) (AJP)

            -against- :    ORDER RESCHEDULING
                                 INITIAL PRETRIAL CONFERENCE
ALISSA JOELLE KUENG, :

                Defendant. :

------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

The status conference originally scheduled for January 28, 2010 is rescheduled at the parties' request to **February 4, 2010 at 11:30 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

    SO ORDERED.

DATED:    New York, New York
             January 20, 2010

                                      Andrew J. Peck
                                      United States Magistrate Judge

Copies **by fax & ECF** to:    James A. Kidney, Esq.
                                 Gregory J. O'Connell, Esq.
                                 Philip C. Patterson, Esq.
                                 Judge Barbara S. Jones

C:\ORD\